STATE OF CONNECTICUT *v.* WILLIAM FREYTAG
(6352)

STOUGHTON, NORCOTT and FOTI, Js.

Argued May 19—decision released May 24, 1988

*Timothy Brignole,* for the appellant (defendant).

*Leon F. Dalbec, Jr.,* deputy assistant state's attorney, with whom, on the brief, was *Samuel Sferrazza,* assistant state's attorney, for the appellee (state).

PER CURIAM. There is no error.